**Order entered May 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01375-CR
### No. 05-18-01376-CR

**CLEVELAND ELIJAH POWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-24262-U & F16-54139-U**

## ORDER

Before the Court is appellant's May 5, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before June 5, 2019. Appellant is cautioned that the failure to file a brief by that date may result in the appeals being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/    CORY L. CARLYLE
       JUSTICE